DODGE v. FREEDMAN'S SAVINGS AND TRUST COMPANY.

Where a mortgage of lands in the District of Columbia, or a deed of trust in the nature thereof, to secure the payment of money, is foreclosed, sect. 808, Rev. Stat., relating to the District, authorizes a decree *in personam* against the debtor for the balance remaining due after the proceeds of the sale of the lands have been applied to the satisfaction of the debt.

APPEAL from the Supreme Court of the District of Columbia.

The Freedman's Savings and Trust Company, the holder of

certain notes of Dodge, secured by his deed of trust in the nature of a mortgage upon lands in the District of Columbia, filed its bill in the court below, and obtained a decree, which was affirmed here at the October Term, 1876, 93 U. S. 379. A sale of the lands was then made, and, after the application of the proceeds to the satisfaction of the debt, the court, pursuant to its adjudication that the complainant recover the balance remaining due, and that he " have execution thereof as at law," ordered that a writ be issued.

Dodge thereupon appealed.

*Mr. Reginald Fendall* and *Mr. John D. McPherson* for the appellant.

*Mr. William A. McKenney* and *Mr. Enoch Totten* for the appellee.

MR. CHIEF JUSTICE WAITE delivered the opinion of the court.

Section 808 of the Revised Statutes relating to the District of Columbia is as follows : —

" SECT. 808. The proceeding to enforce any lien shall be by bill or petition in equity, and the decree, besides subjecting the thing upon which the lien has attached to the satisfaction of the plaintiff's demand against the defendant, shall adjudge that the plaintiff recover his demand against the defendant, and that he may have execution thereof as at law."

This statute applies to suits for the foreclosure of deeds of trust in the nature of mortgages to secure the payment of money, and authorizes a decree in favor of the plaintiff against the debtor defendant for the payment of the balance of the debt that may remain due after the application thereto of the proceeds of the sale of the trust property, and an order for execution thereof as at law. This is such a decree in such a suit, and it is consequently

*Affirmed.*